IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CALVIN EUGENE BARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-176-JHP-SPS |
| | ) | |
| CHARLES RAY; ROBERT EZELL; BILL BOYD; DENNIS JOHNSON; YANDELL; MRS. CARTWRIGHT; MRS. MOORE; and BREWER; | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

This matter came before the Court on the Defendants' Motions to Dismiss. The Court duly considered the issues and rendered a decision thereon.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Defendants and against the Plaintiff.

It is so ordered on this  22nd  day of January, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma